# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134324

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC: 134324
                                             COA: 275246
                                             Washtenaw CC: 06-000540-AR
                                             15th DC: DR5-04-507-SM

OLA-TOKUMBO UNGER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

s0917

_____
Clerk